# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> PEDRO GUSTAVO MARTINEZ (2), <br> Defendant. | Case No. 22-cr-1415-JO <br><br> JUDGMENT AND <br> ORDER OF DISMISSAL <br><br> Booking No. 05928-506 |

Good cause appearing and based upon the motion of the Government (Dkt. 74), the Court grants the Government's motion to dismiss without prejudice the Information in the above-entitled case against Defendant Pedro Gustavo Martinez. The Defendant is hereby discharged and the bond is hereby exonerated in this case.[1]

IT IS SO ORDERED AND ADJUDGED.

DATED: December 8, 2022

_____
HONORABLE JINSOOK OHTA
UNITED STATES DISTRICT JUDGE

---

[1] If the bond was secured by a cash deposit and/or property, defense counsel must prepare an order to disburse funds and/or release collateral and submit the proposed order, pursuant to General Order 635 (S.D. Cal. February 6, 2014), to the Magistrate Judge who set the bail conditions.

-1-